United States District Court
Southern District of Texas
**ENTERED**
September 09, 2021
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

Christopher Eustice, §
    Plaintiff, §
§
v. §   Civil Action H-20-1824
§
Experian Information §
Solutions, Inc., §
    Defendant. §

## Order of Adoption

On August 21, 2021, Magistrate Judge Peter Bray recommended that the court dismiss this action for failure to prosecute. (38) Plaintiff filed objections to the report and recommendation. (39) The court denies Plaintiff's objections and adopts the report and recommendation as its memorandum and opinion.

Signed at Houston, Texas, on September 9, 2021.

Lynn N. Hughes
United States District Judge